UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| MONA GILLIAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| v. ) | **CIVIL CASE** |
| ) | **CASE NO. 2:20-CV-76-M** |
| BERTIE COUNTY BOARD OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on September 30, 2021, the court concluded that Plaintiff failed to state plausible retaliation and state law claims. At the same time, Plaintiff successfully stated race/color, sex, and age discrimination claims. Therefore, Defendants' motion to dismiss was GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the court concludes there is no dispute of material fact and awards the Board summary judgment on all remaining claims. The Board's motion [DE 26] is GRANTED.

**This Judgment Filed and Entered on October 20, 2022, and Copies To:**

| | |
|---|---|
| Christine Kidd | (via CM/ECF electronic notification) |
| Benjamin Tyler McLawhorn | (via CM/ECF electronic notification) |
| Stephen G. Rawson | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| October 20, 2022 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |